UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X

ALYSA OCASIO, ANDREW OCASIO, and JAHAIRA HOLDER, as Administratrix of the Estate of Sandy Guardiola,

                              Plaintiffs,

    - against -

The CITY OF CANANDAIGUA, a municipal entity; Canandaigua Police Chief STEPHEN HEDWORTH, in his individual and official capacities; Canandaigua Police Sergeant SCOTT KADIEN, in his individual capacity; DOCCS Parole Chief DAWN ANDERSON, in her individual capacity; DOCCS Senior Parole Officer THOMAS O'CONNOR, in his individual capacity; DOCCS Senior Parole Officer BETH HART-BADER, in her individual capacity; GRAND ATLAS PROPERTY MANAGEMENT, LLC, formerly known as MORGAN MANAGEMENT LLC, a domestic Limited Liability Company; MORGAN COMMUNITIES MANAGEMENT, LLC ("Morgan Communities"), a domestic Limited Liability Company; PINNACLE NORTH I LLC ("Pinnacle"), a foreign Limited Liability Company; and JOHN and JANE DOE #1 and #2, employees of GRAND ATLAS, MORGAN COMMUNITIES, and/or PINNACLE,

                              Defendants.

----------------------------------------------------------------------- X

AFFIRMATION OF MARC ARENA IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO AMEND THE CAPTION

No. 18-cv-06712 (DGL) (MWP)

      I, MARC ARENA, an attorney duly admitted to practice law in the State of New York and in this court, affirm under penalty of perjury:

      1.    I am an associate at Beldock Levine & Hoffman LLP, the firm representing Plaintiffs Alysa Ocasio, Andrew Ocasio, and Jahaira Holder, as Administratrix of the Estate of Sandy Guardiola. I am well-familiar with the facts of this case. I submit this affirmation in support of Plaintiffs' Motion for Leave to File a Second Amended Complaint and to Amend the Caption.

      2.    Annexed hereto are true and accurate copies of the following exhibits:

| | | |
|---|---|---|
| **Exhibit 1**: | | Proposed Second Amended Complaint. |
| **Exhibit 2**: | | Proposed Second Amended Complaint (Redline). |
| **Exhibit 3**: | | State Defendants' Rule 26 Disclosures dated September 30, 2020. |
| **Exhibit 4**: | | Excerpt of New York State Police Supplemental Report. |
| **Exhibit 5**: | | State Defendants' Response to Plaintiffs' First Set of Interrogatories, Demands for Production of Documents to DOCCS Defendants dated September 30, 2020. |
| **Exhibit 6**: | | State Defendants' Supplemental Response to Plaintiffs' First Set of Interrogatories and Response to Supplemental Interrogatories dated September 20, 2021. |
| **Exhibit 7**: | | Email from Grant Scriven sent October 2, 2017 at 10:27 a.m. |
| **Exhibit 8**: | | Email from Rita Spaulding to Grant Scriven sent October 4, 2017 sent at 7:31 a.m. |
| **Exhibit 9**: | | Email from Sandy Guardiola sent October 3, 2017 at 4:31 p.m. |
| **Exhibit 10**: | | Excerpts of Deposition Transcript of Defendant Thomas O'Connor. |
| **Exhibit 11**: | | Excerpts of Deposition Transcript of Defendant Dawn Anderson. |
| **Exhibit 12**: | | Email from State Defendants attaching voicemail of Sandy Guardiola. |
| **Exhibit 13:** | | Excerpts of Draft Deposition Transcript of Patrick O'Connor. |
| **Exhibit 14**: | | Email from Rita Spaulding sent October 4, 2017 at 8:05 a.m. |
| **Exhibit 15**: | | Email from Sandy Guardiola sent September 11, 2017 at 4:48 p.m. |
| **Exhibit 16**: | | Email from Sandy Guardiola sent September 28, 2017 at 2:12 p.m. |
| **Exhibit 17**: | | Email chain forwarding October 12, 2017 Notice to Preserve. |

Dated: July 18, 2022
      New York, New York

                                         Respectfully submitted,

                                         Marc Arena