**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ X

ALYSA OCASIO, ANDREW OCASIO, and
JAHAIRA HOLDER, as Administratrix of the Estate
of Sandy Guardiola,

                                        Plaintiffs,

     - against -

The CITY OF CANANDAIGUA, a municipal entity;
Canandaigua Police Chief STEPHEN HEDWORTH,
in his individual and official capacities; Canandaigua
Police Sergeant SCOTT KADIEN, in his individual
capacity; DOCCS Regional Director GRANT
SCRIVEN, in his individual capacity; DOCCS Parole
Chief DAWN ANDERSON, in her individual
capacity; DOCCS Senior Parole Officer THOMAS
O'CONNOR, in his individual capacity; DOCCS
Senior Parole Officer BETH HART-BADER, in her
individual capacity,

          Defendants.

------------------------------------------------------------------------ X

No. 18-cv-06712 (MAV)(MWP)

## NOTICE OF PLAINTIFFS' MOTION FOR SANCTIONS

| | |
|---|---|
| Motion By: | Alysa Ocasio, Andrew Ocasio, and Jahaira Holder, as Administratrix of the Estate of Sandy Guardiola |
| Time and Place of Hearing: | **ORAL ARGUMENT REQUESTED:** January 15, 2025, at 2:00 p.m. before the Honorable Colleen Holland, United States District Court for Western District of New York, located at the United States Courthouse, 100 State Street, Rochester, New York 14614. |
| Relief Demanded: | Sanctions, attorneys' fees, and for other relief under Fed. R. Civ. P. 26 and 37 |
| Supporting Papers: | Memorandum of Law dated December 31, 2024; Affirmation of Marc Cannan in Support of Motion dated December 31, 2024, and accompanying exhibits. Plaintiffs intend to file a Reply Memorandum of Law. |

Opposition Papers:

Opposing papers must be served not less than 14 calendar days after service of the motion pursuant to Rule 7.1(b)(2) of the Local Rules for the United States District Court for Western District of New York.

Dated: New York, New York
December 31, 2024

Respectfully submitted,
BELDOCK LEVINE & HOFFMAN LLP


By: /s/Marc A. Cannan
Jonathan C. Moore
Luna Droubi
Marc A. Cannan
Marc Arena
M. Olivia Clark

*Attorneys for Plaintiffs*