**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X

ALYSA OCASIO, ANDREW OCASIO, and JAHAIRA HOLDER, as Administratrix of the Estate of Sandy Guardiola,

                                Plaintiffs,

   - against -

The CITY OF CANANDAIGUA, a municipal entity; Canandaigua Police Chief STEPHEN HEDWORTH, in his individual and official capacities; Canandaigua Police Sergeant SCOTT KADIEN, in his individual capacity; DOCCS Regional Director GRANT SCRIVEN, in his individual capacity; DOCCS Parole Chief DAWN ANDERSON, in her individual capacity; DOCCS Senior Parole Officer THOMAS O'CONNOR, in his individual capacity; DOCCS Senior Parole Officer BETH HART-BADER, in her individual capacity,

                                Defendants.

------------------------------------------------------------------- X

**DECLARATION OF MARC CANNAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**

No. 18-cv-06712 (MAV) (MWP)

      I, MARC CANNAN, an attorney duly admitted to practice law in the State of New York and in this court, declare under penalty of perjury:

      1.     I am a partner at Beldock Levine & Hoffman LLP, attorney for Alysa Ocasio, Andrew Ocasio, and Jahaira Holder, as Administratrix of the Estate of Sandy Guardiola. I am well-familiar with the facts of this case. I submit this affirmation in support of Plaintiffs' Motion for Sanctions.

      2.     Annexed hereto are true and accurate copies of the following exhibits:

      **Exhibit 1:**    Plaintiffs' preservation letter sent to DOCCS dated October 11, 2017

      **Exhibit 2:**    Notice of Intention of Jahaira Holder, as Administratrix of the Estate of Sandy Guardiola, received by the Office of Attorney General's office on November 17, 2017

| | |
|---|---|
| **Exhibit 3:** | Plaintiffs' Supplemental Spoliation Discovery Request dated September 20, 2024 |
| **Exhibit 4:** | Notice of Intention of Jahaira Holder, as Administratrix of the Estate of Sandy Guardiola, received by the Office of the Attorney General's office on December 8, 2017 |
| **Exhibit 5:** | Preservation letter sent to DOCCS by Defendant O'Connor's counsel from the New York State Attorney General's Office ("NYSAG"), dated November 28, 2018 |
| **Exhibit 6:** | Declaration of non-party Danielle May, Associate Counsel for non-party DOCCS dated August 11, 2023 |
| **Exhibit 7:** | Office of the Attorney General's Response to Plaintiff's Letter of Deficiencies dated March 2, 2023 |
| **Exhibit 8:** | Defendant O'Connor's Fed. R. Civ. Pro. Rule 26 disclosures, dated September 30, 2020 |
| **Exhibit 9:** | Email from Assistant Attorney General Michele Crain, Esq. informing Plaintiffs about the purging of relevant emails, dated May 12, 2023 |
| **Exhibit 10:** | Transcript from June 15, 2023 oral argument on spoliations motion |
| **Exhibit 11:** | Plaintiffs' Supplemental Set of Interrogatories, Demands for Production of Documents to DOCCS Defendants dated June 22, 2023 |
| **Exhibit 12:** | DOCCS Defendants' Response to Plaintiffs' First Set of Interrogatories, Demands for Production of Documents dated July 21, 2023 |
| **Exhibit 13:** | Declaration of non-party David Harvey, former Assistant Counsel and Records Access Officer for non-party DOCCS dated August 10, 2023 |
| **Exhibit 14:** | Plaintiffs' Supplemental Interrogatories and Requests for Production of Documents Related to Spoliation and the August 11, 2023 Compliance Declarations, dated August 30, 2023 |
| **Exhibit 15:** | DOCCS Defendants' Response to Plaintiffs' Supplemental Set of Interrogatories, Demands for Production of Documents dated September 25, 2023 |

| | |
|---|---|
| **Exhibit 16:** | Plaintiffs' 30(b)(6) Proposal sent on July 15, 2024 |
| **Exhibit 17:** | Plaintiffs' Supplemental Set of Interrogatories to DOCCS dated September 24, 2024 |
| **Exhibit 18:** | DOCCS's Response to Plaintiffs' Interrogatories and Requests for Production of Documents Related to Spoliation dated October 11, 2024 |
| **Exhibit 19:** | Defendant Thomas O'Connor's Response to Plaintiffs' Interrogatories and Requests for Production of Documents Related to Spoliation dated October 22, 2024 |

Dated: December 31, 2024
New York, New York

Respectfully submitted,

/s/Marc A. Cannan
Marc Cannan